# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | 3:13-CR-0051-LRH-(VPC) |
| Plaintiff, | |
| vs. | |
| RICHARD JOSEPH FRANK, | |
| Defendant. | |

**ORDER**

Based upon the Government's Motion to Correct the Amount of Restitution Due and Payable by Defendant, and for good cause shown, it is hereby ORDERED that the amount of restitution owed by defendant Frank is reduced from $1,075 to $1,055. This final restitution figure will be included in and made part of the judgment.

DATED this 11th day of June, 2014.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE