UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:13-cr-00051 |
| Plaintiff, | ORDER |
| v. | |
| RICHARD JOSEPH FRANK, | |
| Defendant. | |

Court Reporter Donna Davidson is requested to prepare and file transcripts of the following:

Defendant's Hearing re: Revocation of Supervised Release on August 15, 2016.

IT IS HEREBY ORDERED that fees for the transcripts designated shall be paid by the United States as provided under 28 U.S.C. § 753(f).

DATED this 16th day of August, 2016.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE